IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In the Matter of the Search of: | ) | |
| | ) | **ORDER** |
| Information associated with the email account | ) | |
| identified as: EthanBagg38@yahoo.com, | ) | |
| that is stored at premises controlled by Yahoo!, | ) | |
| 701 First Avenue, Sunnyvale CA 94089 | ) | Case No. 1:18-mj-134 |

In the affidavit executed in support of the above-captioned Search Warrant, the Affiant requested that this matter remain under seal as it disclosure may compromise an ongoing investigation. Accordingly, for good cause shown, the court **ORDERS** that the above-captioned Search Warrant shall remain under seal until May 31, 2019, at which time it shall be unsealed without further order of the court.

Dated this 3rd day of December, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court